# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## TRIAL COURT CAUSE NUMBER: 2009-424,522

JAMES BUTLER, #1993732

    Pro-se, Petitioner,

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

AUG 0 5 2015

Abel Acosta, Clerk

    Appellee.

SEVENTH DISTRICT OF TEXAS

7TH COURT OF APPEALS

APPEAL CAUSE NO. 07-15-00020-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

## MOTION FOR LEAVE AND MOTION FOR EXTENSION OF TIME

To The Honorable Judge Of The Court Of Criminal Appeals:

COMES NOW, Petitioner James Butler, pro-se, with his Motion For Leave And Motion For Extension Of Time pursuant to Texas Rule of Appellate Procedure, Rule 68. The 7Th Court of Appeals rendered their Opinion on July 7, 2015, and Petitioner wish to file a Petition For Discretionary Review, and he ask the Court to render a Sixty (60) day extension of time, Starting on August 3, 2015 Through October 1, 2015. Petitioner wish to address issues that his Appeals Court Counsel and Trial Court Counsel failed to address, matters of U.S. 5th And 14Th Constitutional Amendments to due process and Fundamentally Unfair Trial And Equal Protection Of The Laws.

## PRAYER

All Premises Considered, Petitioner Butler prays that this Honorable Court grant him the relief sought - an Extension of Time. Petitioner So Prays.

Petitioner, _James Butler_

James Butler, TDCJ-ID. NO. 1993732

COURT OF CRIMINAL APPEALS          DATE: August 3, 2015

P.O. BOX 12308

AUSTIN, TEXAS 78711


RE: James Butler, Petitioner V. The State of Texas-Court of Appeals:
    Motion For Leave And Motion For Extension of Time:


To The Honorable Clerk, In The Court Of Criminal Appeals Of Texas:

    Enclosed, please find a true copy of Petitioner's Motion For

Extension of Time, Sworn Declaration, and Certificate of Service,

please file stamp these items, then submit these items in the

appropriate Court.

    Thank You Honorable Clerk for Your Assistance at this time.



                        Respectfully submitted,



        Petitioner,   _James Butler_
                       James Butler, TDCJ-ID. No. 1993732
                       William P. Clements Jr., Unit
                       9601 Spur 591
                       Amarillo, Texas 79107-9606



cc/J.B.

"COVER LETTER"

## CERTIFICATE OF SERVICE

I, James Butler, TDCJ-ID. No. 1993732, Petitioner, pro-se, do certify that a true copy of the foregoing Motion For Leave And Motion For Extension Of Time, was sent to The Court of Criminal Appeals of Texas, P.O. Box 12308, Austin, Texas 78711; Sent from the Bill Clements Mailing System, sent postage prepaid, first class Mail; on this the 31 day of August, 2015.

Petitioner, _James Butler_
James Butler, TDCJ-ID. No. 1993732
William P. Clements, Jr., Unit
9601 Spur 591
Amarillo, Texas 79107-9606

## SWORN DECLARATION

I, James Butler, TDCJ-ID. No. 1993732, Petitioner, pro-se, do declare under penalty of perjury pursuant to 28 U.S.C. § 1741, that the foregoing Motion For Extension of Time is True and correct To the best of My knowledge.

Executed on this the 31 day of August, 2015.

Petitioner, _James Butler_
James Butler, TDCJ-ID. No. 1993732
William P. Clements Jr., Unit
9601 Spur 591
Amarillo, Texas 79107-9606